# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                               Plaintiff,

v.                                                     Case No.: 1:18−cr−00778
                                                                    Honorable Manish S. Shah

Kenneth Johnson

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 26, 2019:

      MINUTE entry before the Honorable Manish S. Shah: as to Kenneth Johnson. At the defendant's request and with no objection from the government, the sentencing on 12/3/19 is reset to 2:00 p.m. Please note, this is just a change of time. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.